DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMANDA CHALLIS,**
Appellant,

v.

**CARLOS JAVIER RAMIREZ-ORTIZ,**
Appellee.

No. 4D21-2538

[November 10, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan L. Alspector, Judge; L.T. Case No. FMCE19014045.

Barry S. Franklin of Barry S. Franklin & Associates, P.A., Aventura, for appellant.

Sashane McDonald of Sage Law, PLLC, Fort Lauderdale, and Marisol Cruz of Cruz Legal, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***